UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREENFIELD ADVISORS, LLC,

Plaintiff,

v.

CAMILO K. SALAS, III, et al.,

Defendants.

C13-1615 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Attorneys' Fees, docket no. 101, is DENIED. Plaintiff failed to comply with the procedure set forth in Ninth Circuit Rule 39-1. *See Cummings v. Connell*, 402 F.3d 936, 947-48 (9th Circ. 2005); *see also* 9th Cir. R. 39-1.6 (setting time limits for a request). Contrary to plaintiff's contentions, the Ninth Circuit retains ancillary jurisdiction to consider a motion for attorney's fees even after a mandate issues. *See Yan Sui v. 2176 Pac. Homeowners Ass'n*, 691 Fed. Appx. 376 (9th Cir. 2017).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of July, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1